

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00578-CV

José Samalea **SOSA**,
Appellant

v.

Rebecca **GARZA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13876
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant José Samalea Sosa.

SIGNED March 31, 2021.

_____
Patricia O. Alvarez, Justice